SARAH M. ELLIS, as Administratrix of the Estate of
SEELE H. ELLIS, Deceased, Respondent, *v.* NEW YORK
AND LONG ISLAND TRACTION COMPANY, Appellant.

*Ellis* v. *N. Y. & Long Island Traction Co.*, 156 App. Div. 890,
affirmed.

(Argued November 17, 1914; decided January 12, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered April 3, 1913, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for the death of plaintiff's intestate alleged to have been
occasioned through the negligence of defendant.

*Henry A. Uterhart, John J. Graham* and *James L.
Quackenbush* for appellant.

*E. Clyde Sherwood, J. Herbert Watson* and *Michael
M. Helfgott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, HOGAN
and CARDOZO, JJ. Dissenting: WERNER, COLLIN and
CUDDEBACK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* KAROL DRANIEWICZ, Appellant.

(Argued November 30, 1914; decided January 12, 1915.)

APPEAL from a judgment of the Court of General
Sessions of the Peace in the county of New York,
rendered June 8, 1914, upon a verdict convicting the
defendant of the crime of murder in the first degree.

*E. B. Wilson* and *Joseph R. Truesdale* for appellant.

*Charles S. Whitman, District Attorney (Robert C.
Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.